# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 2 8 2010

CLERK
United States Bankruptcy Court
San Jose, California

| | |
|---|---|
| In re: Blake McDonald and Elsie McDonald | **Case No.**     bk 07-53443 |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** _06/30/10_       **PETITION DATE:** _10/25/07_

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in _$1_

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $15,815 | $16,802 | |
| | b. Total Assets | $3,355,315 | $3,356,302 | $4,539,500 |
| | c. Current Liabilities | $4,319 | $4,117 | |
| | d. Total Liabilities | $1,895,332 | $1,895,130 | $2,714,000 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $5,360 | $5,360 | $265,345 |
| | b. Total Disbursements | $6,347 | $8,561 | $249,994 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($987) | ($3,201) | $15,795 |
| | d. Cash Balance Beginning of Month | $16,802 | $20,003 | $20 |
| | e. Cash Balance End of Month (c + d) | $15,815 | $16,802 | $15,815 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $4,319 | $4,117 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes _X_ ;     U.S. Trustee Quarterly Fees _X_ ; Check if filing is current for: Post-petition tax reporting and tax returns: _X_ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _7/26/10_                  _____
                                        Responsible Individual

**PAYMENTS MADE TO PROFESSIONALS**

| | | | | |
|---|---|---|---|---|
| 10/20/09 | Ck #3703 | Bianchi, Kasavan & Pope, LLP | $ | 500.00 |
| 11/03/09 | Ck #3715 | Bianchi, Kasavan & Pope, LLP | | 500.00 |
| 11/26/09 | Ck #3736 | Bianchi, Kasavan & Pope, LLP | | 500.00 |
| 12/22/09 | Ck #3755 | Bianchi, Kasavan & Pope, LLP | | 500.00 |
| 01/06/10 | Ck #3763 | Bianchi, Kasavan & Pope, LLP | | 500.00 |
| 02/15/10 | Ck #3798 | Bianchi, Kasavan & Pope, LLP | | 500.00 |
| 02/24/10 | Ck #3810 | Bianchi, Kasavan & Pope, LLP | | 500.00 |
| 03/06/10 | Ck #3822 | Bianchi, Kasavan & Pope, LLP | | 500.00 |
| 04/20/10 | Ck #3849 | Bianchi, Kasavan & Pope, LLP | | 500.00 |
| 05/05/10 | Ck #3861 | Bianchi, Kasavan & Pope, LLP | | 500.00 |
| 06/10/10 | Ck #3879 | Bianchi, Kasavan & Pope, LLP | | 500.00 |

Total Payments made to Professionals:                                  $ 5,500.00

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $15,815 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $15,815 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $3,200,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | $44,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | unknown |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | Household goods, etc. | | $95,500 |
| 17 | **Total Long Term Assets** | | $3,339,500 |
| 18 | **Total Assets** | | $3,355,315 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | ($1,792) |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other:    Family borrowing | | $6,111 |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $4,319 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $4,319 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $1,827,013 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $64,000 |
| 32 | **Total Pre-Petition Liabilities** | | $1,891,013 |
| 33 | **Total Liabilities** | | $1,895,332 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,459,983 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $3,355,315 |

NOTE:
    Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|  |  | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property |  |  |  |
| 2 | Scheduled Gross Rents<br>Less: |  |  |  |
| 3 | Vacancy Factor |  |  |  |
| 4 | Free Rent Incentives |  |  |  |
| 5 | Other Adjustments |  |  |  |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) |  |  |  |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

|  |  | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | CHASE/WAMU | CHASE/WAMU | CHASE/WAMU |
| 11 | Account No. | 866-325950-1 | 866-667020-9 | 409-658449-0 |
| 12 | Account Purpose | CHECKING | SAVINGS | SAVINGS |
| 13 | Balance, End of Month | $1,389 | $2,070 | $7,356 |
| 14 | Total Funds on Hand for all Accounts | $15,815 (Includes accounts from Schedule B attachment) |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**Attachment to Schedule B**
**Recapitulation of Funds Held at End of Month**

|  | Account 4 | Account 5 | Account 6 |
|---|---|---|---|
| Bank | CHASE/WAMU | | |
| Account No. | 0093-0001194039-9 | | |
| Account Purpose | CD | | |
| Balance, End of Month | $5,000 | | |

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ___06/30/10___

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | $26 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Trust Income | $4,464 | $228,457 |
| 8 | Social Security Income | $896 | $21,205 |
| 9 | Transfers from unreconciled savings account | | |
| 10 | Misc. Income | | $414 |
| 11 | Prior month cash adjustment | | $15,687 |
| 12 | **Total Cash Receipts** | $5,360 | $265,789 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $386 | $12,561 |
| 17 | Interest Paid | $114 | $2,612 |
|  | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
|  | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other - See Schedule | $5,847 | $234,821 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
|  | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $6,347 | $249,994 |
| 38 | **Net Increase (Decrease) in Cash** | ($987) | $15,795 |
| 39 | **Cash Balance, Beginning of Period** | $16,802 | $20 |
| 40 | **Cash Balance, End of Period** | $15,815 | $15,815 |

Revised 1/1/98

**AMOUNT PAID TO OWNER - OTHER**

| | |
|---|---:|
| Total per check register: | $ 3,811.79 |
| Lincoln Financial Group | 2,510.62 |
| Wire transfer fee | 25.00 |
| Amex: Principal | (385.87) |
| Interest | (114.13) |
| | |
| Total Amount paid to Owner: Other | $ 5,847.41 |

# Bank Reconciliation

| Client: | 001009 | BLAKE & ELSIE MCDONALD | | | Initials | Date |
|---------|--------|------------------------|---|---|----------|------|
| | *Number* | *Name* | | Prepared by: | JG | 7/20/2010 |
| Date: | | 06/30/10 | | Checked by: | | |
| Bank/Account#: | | CHASE/WAMU 866-325950-1 | | | | |
| Desc.: | | CHECKING | | | | |

| Balance per G/L 05/31/10: | 1,301.26 | Balance per statement 06/22/10: | 761.06 |
|---|---|---|---|

**Add: Debits**

| Date | Number | Payee | Amount |
|------|--------|-------|--------|
| VARIOUS | DEPOSITS/XFR'S | | 3,900.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Debits:** | | | **3,900.00** |

**Add: Deposits in Transit**

| Date | Number | Payee | Amount |
|------|--------|-------|--------|
| 06/28/110 | DEP | TRANSFER FROM SAVINGS | 2,400.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total DIT:** | | | **2,400.00** |

**Less: Credits**

| Date | Number | Payee | Amount |
|------|--------|-------|--------|
| VARIOUS | CK'S & ATM'S | | 3,811.79 |
| | | | |
| **Total Credits:** | | | **3,811.79** |
| **Balance per G/L 06/30/10:** | | | **1,389.47** |

**Less: Outstanding Checks:**

| Date | Number | Payee | Amount |
|------|--------|-------|--------|
| 06/25/10 | 3882 | Dr. Morris Dentist | 800.00 |
| 06/25/10 | 3883 | CIG Car Home Insurance | 354.00 |
| 06/25/10 | 3884 | United Health Care AARP | 166.25 |
| 06/25/10 | 3885 | PG&E | 131.43 |
| 06/25/10 | 3886 | ADT Security | 39.16 |
| 06/25/10 | 3887 | City of Salinas | 80.00 |
| 06/25/10 | 3888 | Murphy Lumber | 79.92 |
| 06/25/10 | 3889 | ComCast | 120.83 |
| **Total OC:** | | | **1,771.59** |
| | | | **1,389.47** |

Notes:

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

May 25, 2010 through June 22, 2010
Account Number: **000008663259501**



IIIuuIIdIuIIuIIdIIIdIudIIuIIudIdIIuudIdI
00050620 DRE 703 143 17410 · NNNNN T 1 U00000000 16 0000

BLAKE H MCDONALD
OR MRS ELSIE B MCDONALD
47 ENCINA DR
CARMEL VALLEY CA 93924-9432

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## HELP CHASE MAKE A DIFFERENCE IN YOUR COMMUNITY

Your votes will help determine which 200 local charities share $5 million in donations from Chase. Get involved at Facebook.com/ChaseCommunityGiving.

## CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$779.45** |
| Deposits and Additions | 3,500.00 |
| Checks Paid | - 2,917.81 |
| ATM & Debit Card Withdrawals | - 600.58 |
| **Ending Balance** | **$761.06** |

Case: 07-53443    Doc# 128    Filed: 07/28/10    Entered: 07/28/10 13:23:10    Page 9 of 23

# CHASE ⬡

May 25, 2010 through June 22, 2010
Account Number:    **00000863259501**



## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 3863 ^ | 05/25 | $22.48 | 3874 ^ | 06/07 | 141.59 |
| 3866 * ^ | 05/27 | 166.25 | 3875 ^ | 06/08 | 40.00 |
| 3867 | 06/01 | 39.16 | 3876 ^ | 06/08 | 60.00 |
| 3868 ^ | 05/28 | 334.00 | 3877 | 06/11 | 66.01 |
| 3869 ^ | 05/26 | 185.48 | 3878 ^ | 06/10 | 100.00 |
| 3870 ^ | 05/28 | 120.82 | 3879 ^ | 06/14 | 500.00 |
| 3871 ^ | 05/27 | 80.00 | 3880 ^ | 06/21 | 501.00 |
| 3872 ^ | 06/08 | 30.00 | 3881 ^ | 06/17 | 31.02 |
| 3873 | 06/01 | 500.00 | | | |

**Total Checks Paid**    **$2,917.81**

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $779.45 |
| 05/25 | Transfer From Sav Xxxxxx0209 | 2,000.00 | 2,779.45 |
| 05/25 | Check      # 3863 | - 22.48 | 2,756.97 |
| 05/26 | Card Purchase With Pin  05/25 Safeway  Store  0706 Carmel CA Card 8925 | - 9.00 | 2,747.97 |
| 05/26 | Check      # 3869 | - 185.48 | 2,562.49 |
| 05/27 | Card Purchase With Pin  05/26 Usps 0567050323/100 W A Salinas CA Card 2177 | - 3.12 | 2,559.37 |
| 05/27 | Check      # 3866 | - 166.25 | 2,393.12 |
| 05/27 | Check      # 3871 | - 80.00 | 2,313.12 |
| 05/28 | Card Purchase With Pin  05/27 Safeway  Store  0706 Carmel CA Card 8925 | - 46.07 | 2,267.05 |
| 05/28 | Check      # 3868 | - 334.00 | 1,933.05 |
| 05/28 | Check      # 3870 | - 120.82 | 1,812.23 |
| 06/01 | Card Purchase With Pin  05/28 Costco Whse #0131 Sand City CA Card 2177 | - 31.93 | 1,780.30 |
| 06/01 | Card Purchase With Pin  05/29 Cvs 09612 09612--6 The Carmel CA Card 8925 | - 33.25 | 1,747.05 |
| 06/01 | Card Purchase With Pin  05/29 Safeway  Store  0706 Carmel CA Card 8925 | - 13.95 | 1,733.10 |
| 06/01 | Check # 3873     American Express Arc Pmt     Arc ID: 9133133497 | - 500.00 | 1,233.10 |
| 06/01 | Check # 3867     ADT Security Ser Security     Arc ID: 8880931331 | - 39.16 | 1,193.94 |
| 06/03 | Card Purchase With Pin  06/02 Safeway  Store  0706 Carmel CA Card 8925 | - 29.90 | 1,164.04 |
| 06/07 | Card Purchase With Pin  06/04 Usps 0568370272 Carmel Valley CA Card 8925 | - 17.60 | 1,146.44 |
| 06/07 | Card Purchase With Pin  06/04 Safeway  Store  0706 Carmel CA Card 8925 | - 23.49 | 1,122.95 |
| 06/07 | Card Purchase With Pin  06/05 Safeway  Store  0706 Carmel CA Card 2177 | 2.15 | 1,120.00 |
| 06/07 | Card Purchase With Pin  06/05 Safeway  Store  0706 Carmel CA Card 8925 | - 15.09 | 1,105.71 |
| 06/07 | Check      # 3874 | - 141.59 | 964.12 |

Case: 07-53443    Doc# 128    Filed: 07/28/10    Entered: 07/28/10 13:23:10    Page 10 of 23

# CHASE 

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 06/08 | Check          # 3876 | - 60.00 | 904.12 |
| 06/08 | Check          # 3875 | - 40.00 | 864.12 |
| 06/08 | Check          # 3872 | - 30.00 | 834.12 |
| 06/09 | Card Purchase With Pin  06/08 Cvs 09612 09612--6 The Carmel CA Card 8925 | - 28.24 | 805.88 |
| 06/09 | Card Purchase With Pin  06/08 Safeway Store  2669 Carmel CA Card 8925 | - 9.41 | 796.47 |
| 06/10 | Transfer From Sav Xxxxxx0209 | 1,500.00 | 2,296.47 |
| 06/10 | Check          # 3878 | - 100.00 | 2,196.47 |
| 06/11 | Card Purchase With Pin  06/10 Safeway  Store  0706 Carmel CA Card 8925 | - 23.19 | 2,173.28 |
| 06/11 | Card Purchase With Pin  06/10 Safeway  Store  0706 Carmel CA Card 2177 | - 14.06 | 2,159.22 |
| 06/11 | Check # 3877       AT&T Services LA Check Pymt        Arc ID: 7427826552 | - 66.01 | 2,093.21 |
| 06/14 | Card Purchase With Pin  06/11 Shell Service Station Monterey CA Card 2177 | - 49.85 | 2,043.36 |
| 06/14 | Card Purchase With Pin  06/11 Costco Whse #0131 Sand City CA Card 2177 | - 10.86 | 2,032.50 |
| 06/14 | Card Purchase With Pin  06/11 Orchard Supply #440 Sand City CA Card 2177 | - 8.69 | 2,023.81 |
| 06/14 | Card Purchase With Pin  06/12 Safeway  Store  0706 Carmel CA Card 8925 | - 7.63 | 2,016.18 |
| 06/14 | Check          # 3879 | - 500.00 | 1,516.18 |
| 06/15 | Card Purchase          06/14 The UPS Store #0840 Carmel CA Card 2177 | - 13.75 | 1,502.43 |
| 06/16 | Card Purchase With Pin  06/15 Safeway  Store  0706 Carmel CA Card 8925 | - 40.10 | 1,462.33 |
| 06/17 | Card Purchase With Pin  06/16 Mid Valley Valero Carmel CA Card 8925 | - 39.39 | 1,422.94 |
| 06/17 | Card Purchase With Pin  06/16 Safeway  Store  0706 Carmel CA Card 8925 | - 2.00 | 1,420.94 |
| 06/17 | Card Purchase With Pin  06/16 Nafi Petroleum Inc. Carmel CA Card 2177 | - 17.00 | 1,403.94 |
| 06/17 | Check          # 3881 | - 31.02 | 1,372.92 |
| 06/21 | Card Purchase With Pin  06/18 Safeway  Store  0706 Carmel CA Card 2177 | - 21.65 | 1,351.27 |
| 06/21 | Card Purchase          06/19 Cvs Pharmacy #9612 Carmel CA Card 8925 | - 11.13 | 1,340.14 |
| 06/21 | Card Purchase With Pin  06/19 Safeway  Store  0706 Carmel CA Card 8925 | - 33.12 | 1,307.02 |
| 06/21 | Check          # 3880 | - 501.00 | 806.02 |
| 06/22 | Card Purchase W/Cash   06/21 Abbott Street Valero Salinas CA Card 2177  Purchase $1.99 Cash Back $20.00 | - 21.99 | 784.03 |
| 06/22 | Card Purchase With Pin  06/21 Abbott Street Valero Salinas CA Card 2177 | - 20.23 | 763.80 |
| 06/22 | Card Purchase With Pin  06/21 Nob Hill  #607 Salinas CA Card 2177 | - 2.74 | 761.06 |
|  | **Ending Balance** |  | **$761.06** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $33.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| | | |
|---|---|---|
| **Total Refunds for Overdraft or Returned Item Fees Identified above:** | $.00 | $33.00 |

Case: 07-53443    Doc# 128    Filed: 07/28/10    Entered: 07/28/10 13:23:10    Page 11 of 23

JUNE 2010 CHECK REGISTER

| Number | Date | Transaction | Amount | Deposit |
|--------|------|-------------|--------|---------|
| ATM | 6/1/2010 | Costco | $   31.93 | |
| ATM | 6/1/2010 | CVS Pharmacy | 33.25 | |
| ATM | 6/1/2010 | Safeway | 13.95 | |
| 3874 | 6/1/2010 | AT&T | 141.59 | |
| 3875 | 6/2/2010 | CV Womens Club Membership | 40.00 | |
| ATM | 6/3/2010 | Safeway | 29.90 | |
| 3876 | 6/5/2010 | Sue's Haircuts | 60.00 | |
| ATM | 6/7/2010 | USPS | 17.60 | |
| ATM | 6/7/2010 | Safeway | 23.49 | |
| ATM | 6/7/2010 | Safeway | 2.15 | |
| ATM | 6/7/2010 | Safeway | 15.09 | |
| 3877 | 6/7/2010 | AT&T Mobility | 66.01 | |
| ATM | 6/9/2010 | CVS Pharmacy | 28.24 | |
| ATM | 6/9/2010 | Safeway | 9.41 | |
| Deposit | 6/10/2010 | Transfer from Savings #0209 | | 1500.00 |
| 3878 | 6/10/2010 | Elsie McDonald Cash | 100.00 | |
| 3879 | 6/10/2010 | Bianchi, Kasavan & Pope, LLP | 500.00 | |
| ATM | 6/11/2010 | Safeway | 23.19 | |
| ATM | 6/11/2010 | Safeway | 14.06 | |
| 3880 | 6/13/2010 | Lincoln Life | 501.00 | |
| ATM | 6/14/2010 | Shell | 49.85 | |
| 3881 | 6/14/2010 | CalAm Water | 31.02 | |
| ATM | 6/14/2010 | Costco | 10.86 | |
| ATM | 6/14/2010 | Orchard Supply | 8.69 | |
| ATM | 6/14/2010 | Safeway | 7.63 | |
| ATM | 6/15/2010 | The UPS Store | 13.75 | |
| ATM | 6/16/2010 | Safeway | 40.10 | |
| ATM | 6/17/2010 | Valero | 39.39 | |
| ATM | 6/17/2010 | Safeway | 2.00 | |
| ATM | 6/17/2010 | Naft Petroleum Inc. | 17.00 | |
| ATM | 6/21/2010 | Safeway | 21.65 | |
| ATM | 6/21/2010 | CVS Pharmacy | 11.13 | |
| ATM | 6/21/2010 | Safeway | 33.12 | |
| ATM | 6/22/2010 | Valero | 21.99 | |
| ATM | 6/22/2010 | Valero | 20.23 | |
| ATM | 6/22/2010 | Nob Hill | 2.74 | |
| 3882 | 6/25/2010 | Dr. Morris Dentist | 800.00 | |
| 3883 | 6/25/2010 | CIG Car Home Insurance | 354.00 | |
| 3884 | 6/25/2010 | United Health Care AARP | 166.25 | |
| 3885 | 6/25/2010 | PG&E | 131.43 | |
| 3886 | 6/25/2010 | ADT Security | 39.16 | |
| 3887 | 6/25/2010 | City of Salinas | 80.00 | |
| 3888 | 6/25/2010 | Murphy Lumber | 79.92 | |
| 3889 | 6/25/2010 | ComCast | 120.83 | |
| Deposit | 6/28/2010 | Transfer from Savings #0209 | | 2400.00 |
| | | | $  3,753.60 | $  3,900.00 |

Purchases not included in May check register:

| | | | |
|---|---|---|---:|
| ATM | 5/26/2010 | Safeway | 9.00 |
| ATM | 5/27/2010 | USPS | 3.12 |
| ATM | 5/28/2010 | Safeway | 46.07 |
| | Total not included on May check register | | 58.19 |
| | Total Disbursements for June per check register | | $ 3,811.79 |

# Bank Reconciliation

| Client: | 001009 | BLAKE & ELSIE MCDONALD | | | Initials | Date |
|---|---|---|---|---|---|---|
| | Number | Name | | Prepared by: | JG | 07/20/10 |
| Date: | | 06/30/10 | | Checked by: | | |
| Bank/Account#: | | CHASE/WAMU 866-667020-9 | | | | |
| Desc.: | | SAVINGS | | | | |

| Balance per G/L 05/31/10: | | | 4,041.82 | Balance per statement 06/30/10: | | | 2,070.63 |
|---|---|---|---|---|---|---|---|
| **Add: Debits** | | | | **Add: Deposits in Transit** | | | |
| Date | Number | Payee | Amount | Date | Number | Payee | Amount |
| 06/10/10 | DEP | JP MORGAN CHASE | 4,464.40 | | | | |
| 06/30/10 | DEP | INTEREST | 0.03 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | **Total Debits:** | 4,464.43 | | | **Total DIT:** | - |
| **Less: Credits** | | | | **Less: Outstanding Checks:** | | | |
| Date | Number | Payee | Amount | Date | Number | Payee | Amount |
| 06/10/10 | XFR | TO CHECKING | 1,500.00 | | | | |
| 06/14/10 | W/D | Lincoln Financial Group #7345 | 2,510.62 | | | | |
| 06/14/10 | W/D | Wire Transfer Charge | 25.00 | | | | |
| 06/28/10 | XFR | TO CHECKING | 2,400.00 | | | | |
| | | | | | | | |
| | | **Total Credits:** | 6,435.62 | | | **Total OC:** | - |
| | | **Balance per G/L 06/30/10:** | 2,070.63 | **Bank balance per stmt. Rec:** | | | 2,070.63 |

Notes:



# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

May 29, 2010 through June 30, 2010

Account Number: **000008666670209**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00159738 DRE 703 144 16210 - NNNNN 1 1 000000000 50 0000
ELSIE MCDONALD
OR BLAKE H MC DONALD
47 ENCINA DR
CARMEL VALLEY CA 93924-9432

---

## SAVINGS SUMMARY   Chase Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,041.82** |
| Deposits and Additions | 4,464.43 |
| Electronic Withdrawals | - 4,010.62 |
| Fees and Other Withdrawals | - 2,425.00 |
| **Ending Balance** | **$2,070.63** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.03 |
| Interest Paid Year-to-Date | $0.37 |

Statements on this savings account are provided quarterly unless electronic transactions (ATM deposits/withdrawals, automatic transfers, etc.) occur. This statement has been provided to reflect the electronic transactions you conducted during the current month.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$4,041.82** |
| 06/10 | Book Transfer B/O: Internal Accounts Processing Gnewark DE 19713- Org:/P61299007 Blake Mc Donald Trn: 0071900161Es | **4,464.40** | 8,506.22 |
| 06/10 | Transfer To Chk Xxxxxx9501 | - 1,500.00 | 7,006.22 |
| 06/14 | Chips Debit Via: Bank of America N.A./0959 A/C: Bank of America Ref: For Further Credit To Lincoln Financial Group Policy #80087345/Bnf/For Further Credit To Lincoln Financial Group Policy #80087345 Ssn: 0336035 Trn: 1372400165Es | - 2,510.62 | 4,495.60 |
| 06/14 | Outgoing Domestic Wire Fee | - 25.00 | 4,470.60 |
| 06/28 | Transfer To Chk Xxxxxx9501 | - 2,400.00 | 2,070.60 |
| 06/30 | Interest Payment | **0.03** | 2,070.63 |
| | **Ending Balance** | | **$2,070.63** |

Case: 07-53443    Doc# 128    Filed: 07/28/10    Entered: 07/28/10 13:23:10    Page 15 of 23

JPMorgan
Payment Advice

Date:  6/10/10

Payee
WASHINGTON MUTUAL BANK

                                 Transaction Type:  TRANSFER

                                       Amount:         $4,464.40

Description                           For Account Of
WASHINGTON MUTUAL BANK           BLAKE  H MCDONALD
INCOME PAYMENT
A/C 0866-0000667020-9
MR. BLAKE H. MCDONALD

      Description
      WASHINGTON MUTUAL BANK                     Date:  6/10/10
      INCOME PAYMENT
      A/C 0866-0000667020-9            Account Charged PT P61299007
      MR. BLAKE H. MCDONALD             BLAKX_XX_XXXXXX

           Address
           MR. BLAKE H. MCDONALD       Amount:         $4,464.40
           ENCINA DRIVE
           CARMEL VALLEY,  CA 93924

J.P.Morgan Services Inc.
P.O.Box 8708
Wilmington, DE 19899

       Mail To:

          MR. BLAKE H. MCDONALD
          ENCINA DRIVE
          CARMEL VALLEY,  CA 93924

# Bank Reconciliation

| Client: | 001009 | BLAKE & ELSIE MCDONALD | | | Initials | Date |
|---|---|---|---|---|---|---|
| | Number | Name | | Prepared by: JG | | 07/20/10 |
| Date: | | 06/30/10 | | Checked by: | | |
| Bank/Account#: | | CHASE/WAMU 409-658449-0 | | | | |
| Desc.: | | SAVINGS | | | | |

| Balance per G/L 05/31/10: | 6,459.91 | | Balance per statement 06/30/10: | 7,355.87 |
|---|---|---|---|---|

**Add: Debits**

| Date | Number | Payee | Amount |
|---|---|---|---|
| 06/12/10 | DEP | SOCIAL SECURITY | 577.50 |
| 06/12/10 | DEP | SOCIAL SECURITY | 318.40 |
| 06/30/10 | DEP | INTEREST | 0.06 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Debits:** | | | **895.96** |

**Add: Deposits in Transit**

| Date | Number | Payee | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total DIT:** | | | **-** |

**Less: Credits**

| Date | Number | Payee | Amount |
|---|---|---|---|
| | | | |
| **Total Credits:** | | | **-** |

**Less: Outstanding Checks:**

| Date | Number | Payee | Amount |
|---|---|---|---|
| | | | |
| **Total OC:** | | | **-** |

| Balance per G/L 06/30/10: | 7,355.87 | Bank balance per stmt. Rec: | 7,355.87 |
|---|---|---|---|

Notes:

**CHASE** 

Morgan Chase Bank, N.A.
O Box 260180
aton Rouge, LA 70826-0180

May 29, 2010 through June 30, 2010

Account Number: **000004096584490**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00858052 DRE 703 144 18210 - NNNNN T 1 000000000 SO 0000
ELSIE B MCDONALD POD TO
BLAKE H MCDONALD
47 ENCINA DR
CARMEL VALLEY CA 93924-9432

### Important information about your Chase Savings Account

Starting July 19, 2010 we will waive the Monthly Service Fee on a Chase Savings(SM) account if you currently have or create a new repeating automatic transfer of $25 or more each month to the account. One time transfers do not qualify.

A repeating automatic transfer is when you authorize us to move money from a Chase personal checking account to a Chase savings account at a predetermined time and on a regular schedule. To schedule an automatic transfer, log on to **chase.com**, stop by your nearest Chase branch or call us at 1-800-935-9935.

Please note that the Monthly Service Fee will still be waived on Chase Savings accounts if you are under the age of 18, maintain a minimum monthly balance of $300 or more or if your savings account is linked to a qualifying checking account.

| SAVINGS SUMMARY | Chase Savings | |
|---|---|---|
| | | **AMOUNT** |
| Beginning Balance | | **$6,459.91** |
| Deposits and Additions | | 895.96 |
| **Ending Balance** | | **$7,355.87** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Earned This Period | | $0.06 |
| Interest Paid Year-to-Date | | $0.20 |

Your Chase Savings monthly service fee was waived because you kept $300.00 or more in this account.

Statements on this savings account are provided quarterly unless electronic transactions (ATM deposits/withdrawals, automatic transfers, etc.) occur. This statement has been provided to reflect the electronic transactions you conducted during the current month.



**CHASE** ⬟

May 29, 2010 through June 30, 2010
Account Number: **000004096584490**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $6,459.91 |
| 06/09 | US Treasury 303  Soc Sec | PPD ID: 3031036030 | 577.50 | 7,037.41 |
| 06/09 | US Treasury 303  Soc Sec | PPD ID: 3031036030 | 318.40 | 7,355.81 |
| 06/30 | Interest Payment | | 0.06 | 7,355.87 |
| | Ending Balance | | | $7,355.87 |



Case: 07-53443    Doc# 128    Filed: 07/28/10    Entered: 07/28/10 13:23:10    Page 19 of 23

AMERICAN EXPRESS

Prepared For
**ELSIE MCDONALD**

**TrueEarnings℠ Card**
**Statement of Account**

COSTCO
WHOLESALE

Account Number
XXXX-XXXXX1-12004

Closing Date
06/22/10

**$34.39**
Rebate as of 06/22/10
**Billing Statement**
For details, see your Cash Rebate
Summary in this statement.

Page 1 of 5

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ |
|---|---|---|---|
| 9,087.00 | -500.00 | +702.33 | =9,289.33 |

Minimum
**Amount Due $**
186.00

**Payment Due Date**
**07/17/10**
Please refer to page 2
for important information
regarding your account

**Late Payment Warning:** If we do not receive your Minimum Amount Due by the Payment Due Date lis
you will have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more
interest and it will take you longer to pay off your balance. For example:

| | If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|---|
| Only the Minimum Amount Due | $323 | 28 years | $20,764 |
| | | 3 years | $11,632 (Savings = $9,132) |

If you would like information about credit counseling services, call 1-866-391-5448.

| Credit Line Summary on 06/22/10 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 10,900.00 | 1,610.67 | 200.00 | 200.00 |

To manage your card account online or to pay your bill, please visit us at americanexpress.com/truearnings.
For general servicing or additional contact information, please see the reverse side of this page or call the
number on the back of your card.

001 003 O2507 R07AR6OA    0 1 4 0    93924 939

*(handwritten:)* prl. 7.11.10.  # 1942

*(handwritten:)* # 500.00

*(handwritten:)*
Ⓐ Ⓑ
Ⓐ liab @ of 6/30/10
Ⓑ liab @ of petition
date

*(handwritten, top right:)* 9,289.33  $ 792



| Prepared For | Account Number | Closing Date | Page 3 of 5 |
|---|---|---|---|
| ELSIE MCDONALD | XXXX-XXXXX1-12004 | 06/22/10 | |

## Enjoy the Summer. Enjoy Cash Back

No matter what you plan this summer, make it more enjoyable by earning cash back. Just use your TrueEarnings® Card from Costco and American Express for all your purchases--from camping gear and picnic supplies, to gasoline, car rentals, hotel stays and airline tickets. Then you can build to a big annual reward while building your summer memories. See how other Cardmembers have used their Annual Reward from American Express!

Visit MyTrueEarnings.com

See your Cardmember Agreement for complete terms and conditions.

### Activity

| | * Indicates posting date | Amount $ |
|---|---|---|
| 05/30/10* | PAYMENT RECEIVED ACH - THANK YOU | -500.00 |

| **New Activity for ELSIE MCDONALD** Card XXXX XXXXX1-12004 | | Amount $ |
|---|---|---|
| 06/11/10 | COSTCO WHSE #0131 00SAND CITY | 28.50 |
| | 8318991256 | |
| 06/22/10 | Periodic FINANCE CHARGE | 114.13 |

**Total of New Activity for ELSIE MCDONALD**       **142.63**

| **New Activity for BLAKE MC DONALD** Card XXXX XXXXX1-11022 | | |
|---|---|---|
| 05/28/10 | COSTCO WHSE #0131 00SAND CITY | 21.97 |
| | 8318991256 | |
| 05/29/10 | COSTCO WHSE #0131 00SAND CITY | 315.96 |
| | 8318991256 | |
| 06/08/10 | SAFEWAY STORE 0706CARMEL | 1.58 |
| | GROCERY STORE | |
| 06/11/10 | COSTCO WHSE #0131 00SAND CITY | 189.29 |
| | 8318991256 | |
| 06/12/10 | AOL* VOICE SVCS 0610866-265-4415 | 5.95 |
| | ONLINE SVCS | |
| 06/12/10 | AOL SERVICE    800-827-6364 | 24.95 |
| | ASSIST.AOL.COM | |

**Total of New Activity for BLAKE MC DONALD**      **559.70**

**Total of New Activity**      **702.33**

| Finance Charges Billing days this period: 30 | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 9,123.45 | 0.0417% | 15.21% | 15.24% | 114.13 |
| Cash Advances | 0.00 | 0.0691% | 0.00% | 25.24% | 0.00 |
| | | | | | 114.13 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

*Continued on reverse*

## Cash Rebate Earnings Summary

**As of MAY 2010 Billing Period**

ELSIE MCDONALD
XXXX-XXXXX1-12004

| | Base Cash Rebate | Qualified Spend $ | | Cash Rebate $ |
|---|---|---|---|---|
| Year to Date | Gasoline | 280.72 | @3% | 8.43 |
| | Gasoline 1% | 0.00 | @1% | 0.00 |
| | Restaurants | 40.74 | @3% | 1.22 |
| | Travel | 134.46 | @2% | 2.69 |
| | Everywhere Else | 2,204.19 | @1% | 22.05 |
| | **Total** | **2,660.11** | | **34.39** |

**Important Rebate Message**

Remember to pay at least the minimum due by the payment due date, to be eligible for a cash rebate and to avoid late fees.

**Earn Cash Back Everywhere You Use the Card**

Earn more cash back by using your TrueEarnings® Card everywhere American Express Cards are accepted. Rebate amounts shown on this statement are subject to eligibility requirements and other terms and conditions.
If you see a cumulative rebate line in the grid above, the cash rebate you have earned to date has been moved to this line. You will earn a cash rebate of 1% for gasoline purchases that exceed $3,000 in annual purchases, or exceed 75 gallons per transaction, or are not deemed to be for automobile gasoline.



Robert W. Bianchi, CPA

Gail A. Delorey, CPA

Charles D. Doglione, CPA

Joseph A. Garcia, CRTP

Mary Hubbell, CRTP

Carla S. Hudson, CPA, ABV

David G. Huey, CPA

Jesse Lopez, CPA

Kris Nolan, CPA

Gordon A. Rubbo, CPA

Michael J. Willett, CPA

## BIANCHI, KASAVAN & POPE, LLP
*Certified Public Accountants & Business Consultants*

Mr. and Mrs. Blake McDonald
Salinas, CA

We have compiled the accompanying statement of financial condition of Mr. and Mrs. Blake McDonald as of June 30, 2010, included in the accompanying prescribed form, in accordance with statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

Our compilation was limited to presenting in the form prescribed by the United States Bankruptcy Court Northern District of California information that is the representation of the individuals whose financial statement is presented. We have not audited or reviewed the financial statement referred to above and accordingly, do not express an opinion or any other form of assurance on it.

This financial statement is presented in accordance with the requirements of the United States Bankruptcy Court Northern District of California, which differ from generally accepted accounting principles. Accordingly, this financial statement is not designed for those who are not informed about such differences.

*Bianchi, Kasavan & Pope, LLP*

Salinas, CA
July 26, 2010