# Exterior-Only Inspection Residential Appraisal Report

File # 116422

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 47 Encina Drive |
| City | Carmel Valley |
| State | CA |
| Zip Code | 93924 |
| Borrower | Blake Mcdonald |
| Owner of Public Record | Leslie Thoman according to CAssr. |
| County | Monterey |
| Legal Description | Parcel No 1 Assrs Map of Ro Los Laureles Por of Lot 1d Shown as Parcel B on R/S Vol 10 Pg 82 5.05 Ac |
| Assessor's Parcel # | 087-041-031-000 |
| Tax Year | 2009-2010 |
| R.E. Taxes $ | 3,630.00 |
| Neighborhood Name | N/A |
| Map Reference | 1175-F1 |
| Census Tract | 0116.00 |
| Occupant | [X] Owner [ ] Tenant [ ] Vacant |
| Special Assessments $ | None Noted |
| PUD | [ ] |
| HOA $ | N/A [ ] per year [ ] per month |
| Property Rights Appraised | [X] Fee Simple [ ] Leasehold [ ] Other (describe) |
| Assignment Type | [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Market Value |
| Lender/Client | USRES |
| Address | 25520 Commercentre Drive, Second Floor Lake Forest CA 92630 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No

Report data source(s) used, offering price(s), and date(s).
According to MLS, the subject was first listed on 05/28/2008 for $3,800,000. Its current list price is $3,500,000.

## CONTRACT

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.
Subject is not under contract for sale.

Contract Price $ N/A  Date of Contract N/A  Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.
The subject is not under contract for sale.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location [ ] Urban [ ] Suburban [X] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | PRICE $(000) / AGE (yrs) | One-Unit 75 % |
| Built-Up [ ] Over 75% [X] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [ ] In Balance [X] Over Supply | 135 Low / New | 2-4 Unit 5 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 6400 High / 100 | Multi-Family 0 % |
| | | 725 Pred. / 50 | Commercial 5 % |
| | | | Other Vacant 15 % |

Neighborhood Boundaries
Subject is bound by Open Space to the north, south and east and Garland Ranch Regional Park/Carmel Valley Ranch Golf Resort to the west.

Neighborhood Description
See Attached Addendum.

Market Conditions (including support for the above conclusions)
There is an over supply, prices are overall stable to increasing some and marketing time is around 5-6 months. Marketing time for the subject is the same as typical marketing time for the subject neighborhood.

## SITE

| Field | Value |
|---|---|
| Dimensions | See Attached Plat Map |
| Area | 5 Acres |
| Shape | Irregular |
| View | Panoramic Valley |
| Specific Zoning Classification | LDR/2.5 D-S |
| Zoning Description | Low Density Residential |
| Zoning Compliance | [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.
See Attached Addendum.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Asphalt | [X] | |
| Gas | [X] | | Sanitary Sewer | [ ] | [X] Septic/Typical | Alley None | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone CX  FEMA Map # 060195-0345G  FEMA Map Date 04/02/2009

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.
No adverse site factors noted. See preliminary title report for easements of record.

Source(s) Used for Physical Characteristics of Property [ ] Appraisal Files [X] MLS [X] Assessment and Tax Records [ ] Prior Inspection [ ] Property Owner [X] Other (describe) Realist
Data Source for Gross Living Area County Assessor

## IMPROVEMENTS

| General Description | General Description | Heating / Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [X] Crawl Space | [X] FWA [ ] HWBB | [X] Fireplace(s) # 1 | [ ] None |
| # of Stories One | [ ] Full Basement [ ] Finished | [ ] Radiant | [ ] Woodstove(s) # | [ ] Driveway # of Cars |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | [ ] Partial Basement [ ] Finished | [ ] Other | [X] Patio/Deck | Driveway Surface Asphalt |
| [X] Existing [ ] Proposed [ ] Under Const. | Exterior Walls Brick | Fuel Gas | [ ] Porch | [X] Garage # of Cars 2 |
| Design (Style) Ranch | Roof Surface Tile | [ ] Central Air Conditioning | [ ] Pool | [ ] Carport # of Cars |
| Year Built 1974 | Gutters & Downspouts Unknown | [ ] Individual | [X] Fence | [ ] Attached [X] Detached |
| Effective Age (Yrs) 25 approximate | Window Type Aluminum | [X] Other None | [X] Other Workshop | [ ] Built-in |

Appliances [ ] Refrigerator [ ] Range/Oven [ ] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [X] Other (describe) Unknown

Finished area **above** grade contains: 6 Rooms  3 Bedrooms  3 Bath(s)  1898 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)
A dated MLS listing shows the subject to have very nice hardwood ceilings, recessed lighting, wood and brick wainscoting, a brick fireplace and custom tile flooring in the entry. Realist refers to the quality as luxury.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).
The appraiser's visual inspection from the street and a dated MLS, determined that the subject dwelling is of good quality, reflecting good overall condition. No functional or external inadequacies were apparent during the property inspection.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No
If Yes, describe
No adverse environmental conditions affecting the subject or surrounding properties were noted during the property inspection. The appraiser is not an expert in environmental conditions or a structural engineer.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe
The subject is similar in construction and market appeal to its neighboring dwellings.

Freddie Mac Form 2055 March 2005    Case 07-53443    Doc# 132-4    Filed: 10/14/10    Page 1 of 6 of 20    Entered: 10/14/10 10:09:3    At Ready

EXHIBIT C

# Exterior-Only Inspection Residential Appraisal Report

File # 116422

There are 168 comparable properties currently offered for sale in the subject neighborhood ranging in price from $200000 to $17500000

There are 108 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $135000 to $6400000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 47 Encina Drive, Carmel Valley | 36 Encina Drive, Carmel Valley | | 33 Boronda Road, Carmel Valley | | 8 Scarlett Road, Carmel Valley | |
| Proximity to Subject | | 0.10 Mile | | 1.40 Mile | | 1.95 Mile | |
| Sale Price | $ N/A | | $ 1155000 | | $ 1150000 | | $ 1012500 |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 454.19 sq.ft. | | $ 476.19 sq.ft. | | $ 498.28 sq.ft. | |
| Data Source(s) | | MLS#80741936, Realist | | MLS #8109284, Realist | | MLS #80923437, RealistCAssr. | |
| Verification Source(s) | | Doc. #33036 | | Doc. #33849 | | Doc. #43096 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | Conv. 1st $562,000 | | Undisclosed $Undisclosed | | Undisclosed $Undisclosed | |
| Date of Sale/Time | | 06/16/2010 COE | | 06/21/2010 COE | | 08/06/2010 COE | |
| Location | Rural | Rural | | Rural | | Rural | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5 Acres | 5.35 Acres | -3500 | 1.54 Acre | 34500 | 2 Acres | 30000 |
| View | Panoramic Valley | Panoram.Valley | | Panoram.Valley | | Hills | |
| Design (Style) | Ranch | Multi Story | | Adobe Ranch | | Ranch | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 1974/Remod. | 1991 | | 1958/Remod. | | 1936/Remod. | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 6 / Bdrms. 3 / Baths 3 | Total 6 / Bdrms. 3 / Baths 3 | | Total 5 / Bdrms. 3 / Baths 2.5 | 5000 | Total 6 / Bdrms. 3 / Baths 3 | |
| Gross Living Area | 1898 sq.ft. | 2543 sq.ft. | -45000 | 2415 sq.ft. | -36000 | 2032 sq.ft. | -9500 |
| Basement & Finished Rooms Below Grade | Unknown | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA None | FAU/Rad/None | | FAU/None | | FAU/None | |
| Energy Efficient Items | None Noted | None Noted | | None Noted | | None Noted | |
| Garage/Carport | 2 Car Garage | 3 Car Garage | -10000 | 4 Car Garage | -20000 | 2 Car Garage | |
| Porch/Patio/Deck | Patio | Patio/SwimSpa | -10000 | Patio | | Deck | |
| Amenities | Workshop | None | 25000 | Barn/Arena/Stud | -50000 | None | 25000 |
| CDOM | 844 | Not Available | | 38 | | 351 | |
| OLP | $3,800,000 | $Not Available | | $1,359,000 | | $1,675,000 | |
| Net Adjustment (Total) | | [ ] + [X] - | $ 43500 | [ ] + [X] - | $ 66500 | [X] + [ ] - | $ 45500 |
| Adjusted Sale Price of Comparables | | Net Adj. -3.8 % / Gross Adj. 8.1 % | $ 1111500 | Net Adj. -5.8 % / Gross Adj. 12.7 % | $ 1083500 | Net Adj. 4.5 % / Gross Adj. 6.4 % | $ 1058000 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) Realist

My research [X] did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) Realist

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 02/04/2008 | 08/01/1989 | 12/17/1998 | 11/09/1999 |
| Price of Prior Sale/Transfer | $904,982 | $135,000 | $578,000 | $750,000 |
| Data Source(s) | Realist | Realist | Realist | Realist |
| Effective Date of Data Source(s) | 09/21/2010 | 09/21/2010 | 09/21/2010 | 09/21/2010 |

Analysis of prior sale or transfer history of the subject property and comparable sales

According to Realist the subject last sold on 02/04/2008 for $904,982 as a trustee's deed. Comp 5 transferred within the prior year of its most current sale. There has been no other sales/transfer activity on any of the comparables during the twelve months prior to the comparative sale.

Summary of Sales Comparison Approach
See Attached Addendum.

Indicated Value by Sales Comparison Approach $ 975000

Indicated Value by: Sales Comparison Approach $ 975000  Cost Approach (if developed) $ 0  Income Approach (if developed) $ N/D

See Attached Addendum.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

See Attached Addendum.

**Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is**
$ 975000 as of 09/21/2010, which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 2055  March 2005                    Page 2 of 6                    Fannie Mae Form 2055  March 2005

Case: 07-53443  Doc# 132-4  Filed: 10/14/10  Entered: 10/14/10 10:09:30  Page 2 of 20
At Ready

# Exterior-Only Inspection Residential Appraisal Report

File # 116422

This report contains digitally reproduced signatures, which are approved by FNMA, GNMA, FHA and HUD. The ACI appraisal software program allows an appraiser to attach a digitally reproduced signature by entering a secret password known only to the signing appraiser. Furthermore, after the report is digitally signed, it is locked and cannot be altered by anyone but the signing appraiser.

This report contains digitally reproduced photographs, which are approved by FNMA, GNMA, FHA and HUD. The photos have not been altered or enhanced in any manner which would misrepresent the property or mislead the intended user of this report.

The appraiser has experience appraising the types of properties common in the subject market, is capable of performing this appraisal assignment in conformity with USPAP.

**ADDITIONAL COMMENTS**

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW
Source of cost data
Quality rating from cost service ____ Effective date of cost data ____
Comments on Cost Approach (gross living area calculations, depreciation, etc.)

OPINION OF SITE VALUE ............................................. =$ ____
Dwelling ____ Sq. Ft. @ $ ____ ............. =$ 0
____ Sq. Ft. @ $ ____ ............. =$ ____
=$ ____
Garage/Carport ____ Sq. Ft. @ $ ____ ............. =$ ____
Total Estimate of Cost-New ................................ =$ 0
Less       Physical       Functional       External
Depreciation ____ ____ ____ =$ ( 0 )
Depreciated Cost of Improvements ................................... =$ 0
"As-is" Value of Site Improvements ................................. =$ ____

Estimated Remaining Economic Life (HUD and VA only) N/A Years
Indicated Value by Cost Approach ................................. =$ 0

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A   X Gross Rent Multiplier N/A  = $ N/D  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)
The income approach was not developed.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes ☐ No  Unit type(s)  ☐ Detached  ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project  N/A
Total number of phases  N/A       Total number of units  N/A       Total number of units sold  N/A
Total number of units rented  N/A       Total number of units for sale  N/A       Data source(s)  N/A
Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion  N/A
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data source(s)  N/A
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.
N/A

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.
N/A

Describe common elements and recreational facilities
N/A

Case: 07-53443   Doc# 132-4   Filed: 10/14/10   Entered: 10/14/10 10:09:30   Page 3 of 20
AI Ready

# Exterior-Only Inspection Residential Appraisal Report    File #

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modification or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that he title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Case 07-53443   Doc# 132-4   Filed: 10/14/10   Entered: 10/14/10 10:09:30   Page 4 of 20

# Exterior-Only Inspection Residential Appraisal Report    File #

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Exterior-Only Inspection Residential Appraisal Report

File # 116422

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

### APPRAISER

Signature: *[signed]*
Name: Roger Swanson
Company Name: R&R Appraisal
Company Address: 1915 Wood Duck Lane
Paso Robles, CA 93446
Telephone Number: 805/286-6631
Email Address: swandinr@yahoo.com
Date of Signature and Report: 09/23/2010
Effective Date of Appraisal: 09/21/2010
State Certification #: AR027406
or State License #:
or Other (describe): State #:
State: CA
Expiration Date of Certification or License: 12/28/2011

ADDRESS OF PROPERTY APPRAISED
47 Encina Drive
Carmel Valley, CA 93924

APPRAISED VALUE OF SUBJECT PROPERTY $ 975000

LENDER/CLIENT
Name: USRES
Company Name: USRES
Company Address: 25520 Commercentre Drive, Second Floor
Lake Forest, CA 92630
Email Address:

### SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature:
Name:
Company Name:
Company Address:

Telephone Number:
Email Address:
Date of Signature:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

SUBJECT PROPERTY
☐ Did not inspect exterior of subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Case: 07-53443   Doc# 132-4   Filed: 10/14/10   Entered: 10/14/10 10:09:30   Page 6 of 20

# Exterior-Only Inspection Residential Appraisal Report

File # 1

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 47 Encina Drive, Carmel Valley | 471 Laureles Grade, Carmel Valley | | 1 Phelps Way, Carmel Valley | | 55 Miramonte Road, Carmel Valley | |
| Proximity to Subject | | 0.80 Mile | | 1.00 Mile | | 0.25 Mile | |
| Sale Price | $ N/A | $ 795000 | | $ 870000 | | $ 1125000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 567.86 sq.ft. | | $ 413.89 sq.ft. | | $ 648.41 sq.ft. | |
| Data Source(s) | | MLS #80950539, Realist | | MLS#81014738, Realist | | MLS#81033278 | |
| Verification Source(s) | | Doc. #18189 | | Doc.#38717 | | Realist, County Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | Conv. 1st $150,000 | | Conv. 1st $675,000 | | N/A | |
| Date of Sale/Time | | 04/01/2010 COE | | 07/16/2010 COE | | Active Listing | |
| Location | Rural | Rural | | Rural | | Rural | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5 Acres | 1 Acre | 40000 | 0.94 Acre | 40500 | 1.29 Acre | 37000 |
| View | Panoramic Valley | Panoram.Valley | | Hills | | Panoram.Valley | |
| Design (Style) | Ranch | Multi Story | | Ranch | | Earth/Ranch | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 1974/Remod. | 1978/Remod. | | 1957/Remod. | | 1984/Remod | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 6 / Bdrms. 3 / Baths 3 | Total 6 / Bdrms. 3 / Baths 3 | | Total 7 / Bdrms. 3 / Baths 2 | 10000 | Total 7 / Bdrms. 4 / Baths 2 | 10000 |
| Gross Living Area | 1898 sq.ft. | 1400 sq.ft. | 35000 | 2102 sq.ft. | -14500 | 1735 sq.ft. | 11500 |
| Basement & Finished Rooms Below Grade | Unknown | None | | None | | Earth Home | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA None | Radiant/None | | FAU/Central A/C | -10000 | FAU/Solar/None | |
| Energy Efficient Items | None Noted | None Noted | | None Noted | | Solar | -40000 |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | No Garage | 20000 |
| Porch/Patio/Deck | Patio | Patio/Deck | | Patio/Pool&Spa | -25000 | Patio/Spa | -5000 |
| Amenities | Workshop | None | 25000 | Barn/Arena | -25000 | None | 25000 |
| CDOM | 844 | 322 | | 507 | | 78 | |
| OLP | $3,800,000 | $1,275,000 | | $1,950,000 | | $1,258,000 | -63558 |
| Net Adjustment (Total) | | [X] +  [ ] - $ 100000 | | [ ] +  [X] - $ 24000 | | [ ] +  [X] - $ 5058 | |
| Adjusted Sale Price of Comparables | | Net Adj. 12.6 % / Gross Adj. 12.6 % $ 895000 | | Net Adj. -2.8 % / Gross Adj. 14.4 % $ 846000 | | Net Adj. -0.4 % / Gross Adj. 18.8 % $ 1119942 | |

Summary of Sales Comparison Approach

See Addendum

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 02/04/2008 | 04/29/1994 | 11/25/2009 | 06/10/2003 |
| Price of Prior Sale/Transfer | $904,982 | $290,000 | $892,500 Trustee's Deed | $512,500 |
| Data Source(s) | Realist | Realist | Realist | Realist |
| Effective Date of Data Source(s) | 09/21/2010 | 09/21/2010 | 09/21/2010 | 09/21/2010 |

Analysis of prior sale or transfer history of the subject property and comparable sales

# Exterior-Only Inspection Residential Appraisal Report

File # 116422

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 47 Encina Drive, Carmel Valley | 5 Via Las Encinas, Carmel Valley | | | | | |
| Proximity to Subject | | 1.50 Mile | | | | | |
| Sale Price | $ N/A | | $ 1249000 | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 449.44 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS#80948697, Realist | | | | | |
| Verification Source(s) | | County Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | N/A | | | | | |
| Date of Sale/Time | | Active Listing | | | | | |
| Location | Rural | Rural | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 5 Acres | 1.04 Acres | 39500 | | | | |
| View | Panoramic Valley | Hills | | | | | |
| Design (Style) | Ranch | Ranch | | | | | |
| Quality of Construction | Good | Good | | | | | |
| Actual Age | 1974/Remod. | 1983 | | | | | |
| Condition | Good | Good | | | | | |
| Above Grade Room Count | Total 6 / Bdrms. 3 / Baths 3 | Total 7 / Bdrms. 4 / Baths 2.5 | 5000 | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Gross Living Area | 1898 sq.ft. | 2779 sq.ft. | -61500 | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | Unknown | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA None | FAU/Rad/None | | | | | |
| Energy Efficient Items | None Noted | None Noted | | | | | |
| Garage/Carport | 2 Car Garage | 3 Car Garage | -10000 | | | | |
| Porch/Patio/Deck | Patio | Patio/Pool&Spa | -25000 | | | | |
| Amenities | Workshop | Arena/TackRm | -25000 | | | | |
| CDOM | 844 | 345 | | | | | |
| OLP | $3,800,000 | $1,390,000 | | | | | |
| Net Adjustment (Total) | | [ ] + [X] - | $ 77000 | [ ] + [ ] - | $ | [ ] + [ ] - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. -6.2 % / Gross Adj. 13.3 % | $ 1172000 | Net Adj. % / Gross Adj. % | $ | Net Adj. % / Gross Adj. % | $ |

Summary of Sales Comparison Approach

| ITEM | SUBJECT | COMPARABLE SALE #7 | COMPARABLE SALE #8 | COMPARABLE SALE #9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 02/04/2008 | 01/29/2004 | | |
| Price of Prior Sale/Transfer | $904,982 | $900,000 | | |
| Data Source(s) | Realist | Realist | | |
| Effective Date of Data Source(s) | 09/21/2010 | 09/21/2010 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Freddie Mac Form 2055 March 2005    Case 07-53443    Doc# 132-4    Filed: 10/14/10    Entered: 10/14/10 10:09:30    Page 8 of 20    Fannie Mae Form 2055 March 2005

AI Ready

# TEXT ADDENDUM

| | |
|---|---|
| Borrower/Client | Blake Mcdonald |
| Property Address | 47 Encina Drive |
| City | Carmel Valley |
| County | Monterey |
| State | CA |
| Zip Code | 93924 |
| Lender | USRES / USRES |

Beginning Addendum

### Neighborhood Description
There are no apparent adverse factors which should affect the subject's marketability. The subject is located in Carmel Valley, an unincorporated community in Monterey County. The neighborhood, though rural in character, is not far to shopping centers, municipal services, public transportation, schools, and major transportation routes. Police and fire protection appear adequate.

### Highest and Best Use
The subject as improved, is a legally permissible use based on its current zoning. The lot size, shape, physical characteristics and land-to-building ratio allow the present structure and indicate a good utilization of the improvements. Based on current market conditions, the present use and structure is its financially feasible and maximal productive use.

Form data: Data & Verification Sources
MLS

Form data: Data & Verification Sources
County Assessor

Form data: Sales or Financing Concessions
N/A

Form data: Date of Sale/Time
N/A

### Comments on Sales Comparison
After a thorough search of all pertinent data sources, the comparables displayed are considered to be the best available for the subject analysis. Four sales closed within 90 days of the appraisal date. All are located within 2 miles from the subject, well within the customary search range for rural settings. Listings were included to show market trends.

Adjustments: Site size @ $10,000 per acre, GLA @ $70 per SF, $10,000 per bath, $10,000 per garage space.
$10,000 for central air conditioning $40,000 for energy efficient amenities, 20,000 for a swimming pool, $5,000-$10,000 for a swim spa or spa, $25,000 for amenities such as a barn, arena, tack room or a studio. Adjustments were not made for a basement, since the subject's basement is unknown, as full inspection was not made. A time adjustment was not given to Comp 4, since the median sale price or the past year has remained stable to somewhat increasing from the year prior, as well as in the past six months from the prior six month period.

A list to sale adjustment was given to Comp 6, to reflect the 94.48 % original list to sale average of the prior three month period. MLS Listings only tabulates the current listing prices, not the original listing prices for the list to sale % in its statistical summary. As explained on the 1004 MC, the listing prices are considerably over the closed sale prices. Therefore, the listings could sell for much less than their adjusted sale prices on the grid. Comp 7 had already been reduced from its original listing price and so no adjustment was given.

The closed sales were given the most weight in the final determination of value. All sales verified closed. Comp 6 is a green earth home built into the hillside. For the purpose of the report, its GLA was put in the GLA section, not the basement and finished rooms below grade section; otherwise, the home would be a 0 SF home, which it is not. Carmel Valley has a large number of different style homes in its market such as the increasing number of earth homes as well as adobes, etc. Most are homes on the higher end of the market, in good condition with good quality of materials used in the construction.

Appraiser has attempted to meet the lender guideline of adjusted range of comparable values of less than 20% of the final value of the subject. Due to the lack of individual comparables similar to the subject in all respects, a number of varying comparables with varying site sizes and amenities were used in the analysis to bracket/match the subject's characteristics. Thus, the overall adjusted comparable values is wider than desired. The appraiser has provided the most appropriate comparables available at this time and the resulting range of values was unavoidable The subject's appraised value is above the predominant neighborhood value, due to the subject's larger site size and larger GLA. The subject's listing price is significantly higher than the appraised value, since it is one of many listings whose asking prices are not anywhere near the sales prices, thus contributing to the 28 month housing supply.

### Final Reconciliation
All emphasis was placed on the Sales Comparison Approach to Value. The Cost Approach was not done, as a full inspection was not performed and the total size, features and condition of the subject's improvements and depreciation could not be accurately determined. To do a cost approach on an exterior 2055 report, would not be a credible appraisal. The income approach was deemed unreliable, as homes are normally not purchased for investment purposes. This is a credible summary appraisal report. This report is intended for use in a finance transaction by USRES only, and is not intended for any other use.

### Conditions of Appraisal
No appraisal conditions. This appraisal complies with the Uniform Standards of Professional Appraisal Practice.
This is a credible summary appraisal report.

Form data: Economic Age
N/A

Form data: Other Value: Desc
N/A

# Market Conditions Addendum to the Appraisal Report

File # 116422

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 47 Encina Drive | City | Carmel Valley | State | CA | ZIP Code | 93924 |
|---|---|---|---|---|---|---|---|
| Borrower | Blake Mcdonald | | | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 53 | 37 | 18 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 8.8 | 12.3 | 6.0 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | N/A | N/A | 168 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | N/A | N/A | 28.0 | ☐ Declining | ☐ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 625000 | 761000 | 712000 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 158 | 182 | 122 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | N/A | N/A | 1169000 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | N/A | N/A | 170 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 88.30 | 86.84 | 94.48 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? ☐ Yes ☒ No | | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).

There has been a slight increase in concessions, mainly the seller agrees to cover partial to all of closing costs and transfer fees. There are no new neighborhoods to speak of in the subject's market area.

Are foreclosure sales (REO sales) a factor in the market? ☒ Yes ☐ No If yes, explain (including the trends in listings and sales of foreclosed properties).

Foreclosure and short sale activity is a factor in the subject market. Of the 108 closed sales in the subject's neighborhood over the past year, there were 35 sales, or 32% of the total, that were in some stage of foreclosure. Of the 168 currently active listings and pending sales, 32 are short sales or bank-owned properties, or 19% of the current listings.

Cite data sources for above information.

MLS Listings. All data reported are median figures except, the Median Comparable Sales Days on Market and the Median Comparable Listings Days on Market. The average was used for these. An historical search for listings is not available for the 7-12 and 4-6 month periods.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The number of closed sales/absorption rate in the subject's neighborhood has decreased during the past year, while the median sale price increased over the periods. The median price over the past year was $725,000, compared to the year prior's median price of $715,000. The median list price is considerably above than the median sales price of the prior 3 month period, 39% higher. The 28 month housing supply is a result of the overpriced listings. The increasing number of foreclosed homes is an ongoing concern for this market as a whole. The continued lack of credit flow in the lending industry that began August 2007, as well as the rise in unemployment and the increase in foreclosures are factors that have influenced the housing market.

## CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project, complete the following: Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | Roger Swanson | Supervisory Appraiser Name | |
| Company Name | R&R Appraisal | Company Name | |
| Company Address | 1915 Wood Duck Lane | Company Address | |
| State License/Certification # | AR027406 State CA | State License/Certification # | State |
| Email Address | swandinr@yahoo.com | Email Address | |

Case 07-53443 Doc# 132-4 Filed: 10/14/10 Entered: 10/14/10 10:09:30 Page 10 of 20

#668862725

SUBJECT PHOTOGRAPH ADDENDUM

File No. 116422

Borrower/Client  Blake Mcdonald
Property Address  47 Encina Drive
City  Carmel Valley    County  Monterey    State  CA    Zip Code  93924
Lender  USRES                              USRES



**FRONT OF SUBJECT PROPERTY**

Appraised Date: September 21, 2010

Appraised Value: $975000



**REAR OF SUBJECT PROPERTY**



**STREET SCENE**

| File No. | 116422 |
|---|---|

| Borrower/Client | Blake Mcdonald |
|---|---|
| Property Address | 47 Encina Drive |
| City | Carmel Valley | County | Monterey | State | CA | Zip Code | 93924 |
| Lender | USRES | | | | | USRES | |





#668862725

**COMPARABLES PHOTOGRAPH ADDENDUM**
(Comps 1-3)

File No. 116422

| | |
|---|---|
| Borrower/Client | Blake Mcdonald |
| Property Address | 47 Encina Drive |
| City | Carmel Valley |
| County | Monterey |
| State | CA |
| Zip Code | 93924 |
| Lender | USRES |



**Comparable Sale 1**
36 Encina Drive
Carmel Valley
Date of Sale: 06/16/2010 COE
Sale Price: 1155000
Sq. Ft.: 2543
$ / Sq. Ft.: 454.19



**Comparable Sale 2**
33 Boronda Road
Carmel Valley
Date of Sale: 06/21/2010 COE
Sale Price: 1150000
Sq. Ft.: 2415
$ / Sq. Ft.: 476.19



**Comparable Sale 3**
8 Scarlett Road
Carmel Valley
Date of Sale: 08/06/2010 COE
Sale Price: 1012500
Sq. Ft.: 2032
$ / Sq. Ft.: 498.28

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Blake Mcdonald | | | | |
| Property Address | 47 Encina Drive | | | | |
| City | Carmel Valley | County | Monterey | State CA | Zip Code 93924 |
| Lender | USRES | | USRES | | |



**Comparable Sale 4**
471 Laureles Grade
Carmel Valley
Date of Sale: 04/01/2010 COE
Sale Price: 795000
Sq. Ft.: 1400
$ / Sq. Ft.: 567.86



**Comparable Sale 5**
1 Phelps Way
Carmel Valley
Date of Sale: 07/16/2010 COE
Sale Price: 870000
Sq. Ft.: 2102
$ / Sq. Ft.: 413.89



**Comparable Sale 6**
55 Miramonte Road
Carmel Valley
Date of Sale: Active Listing
Sale Price: 1125000
Sq. Ft.: 1735
$ / Sq. Ft.: 648.41

**COMPARABLES PHOTOGRAPH ADDENDUM**
(Comps 7-9)

| | |
|---|---|
| Borrower/Client | Blake Mcdonald |
| Property Address | 47 Encina Drive |
| City | Carmel Valley |
| County | Monterey |
| State | CA |
| Zip Code | 93924 |
| Lender | USRES / USRES |

File No. 116422



**Comparable Sale 7**
5 Via Las Encinas
Carmel Valley
Date of Sale: Active Listing
Sale Price: 1249000
Sq. Ft.: 2779
$ / Sq. Ft.: 449.44

**Comparable Sale 8**
Date of Sale:
Sale Price:
Sq. Ft.:
$ / Sq. Ft.:

**Comparable Sale 9**
Date of Sale:
Sale Price:
Sq. Ft.:
$ / Sq. Ft.:

#668862725

**LOCATION MAP ADDENDUM**

| | | | | File No. | 116422 |
|---|---|---|---|---|---|
| Borrower/Client | Blake Mcdonald | | | | |
| Property Address | 47 Encina Drive | | | | |
| City Carmel Valley | County Monterey | State CA | Zip Code 93924 | | |
| Lender USRES | | USRES | | | |



# PLAT MAP ADDENDUM

#668862725
File No. 116422

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Blake Mcdonald | | | | | |
| Property Address | 47 Encina Drive | | | | | |
| City | Carmel Valley | County | Monterey | State | CA | Zip Code 93924 |
| Lender | USRES | | USRES | | | |



|                    |                    |
|--------------------|--------------------|
| Borrower/Client    | Blake Mcdonald     |
| Property Address   | 47 Encina Drive    |
| City               | Carmel Valley      |
| County             | Monterey           |
| State              | CA                 |
| Zip Code           | 93924              |
| Lender             | USRES              |



47 ENCINA DR, Carmel Valley 93924 (Carmel Valley)
$3,500,000 Beds: 3 beds Baths: 3|0 baths
DOM: 848  MLS: 80811398



### Property Overview
47 ENCINA DR
Carmel Valley (Carmel Valley) 93924
Garland Ranch (Area 169)
Monterey County
Detached Single Family (Class 1)

| | |
|---|---|
| City Limits: | -- |
| Unincorporated: | No |
| Beds, Baths: | 3, 3|0 |
| SqFt: | 5000 (Seller) |
| Lot Size: | 5.00 ac (Seller) |
| Yr Built: | 1974 (Assessor) |
| Age: | 36 years |
| Parcel #: | 187-041-031 |
| Zone: | RR |
| Tract: | |
| Builder: | |
| Commission: | 2.50% |

### Management Information
| | |
|---|---|
| Assoc. Fee: | -- |
| Assoc. Name: | -- |
| Assoc. Phone: | -- |

### Tour Information
| | |
|---|---|
| Tour 1: | -- |
| Assoc 1: | -- |
| Tour 2: | -- |
| Assoc 2: | -- |
| Original: | -- |
| Remarks: | -- |

### Remarks
Enjoy majestic views from this spacious home located in the sought-after Miramonte Area of Carmel Valley. Its picture-perfect level lot offers a variety of opportunities. Raft in a private pond, savor the aroma & vibrant colors of flower gardens, play polo, create your personal vineyard...all in your backyard, yet only 5 minutes away are cafes, shops, hiking & world class resorts & spas. **Private : Property to be sold "As is." Escrow open with ORTC Monterey-CM. 300k Price Reduction. There is not a For Sale sign on the property.**

### Dates
| | |
|---|---|
| List: | 05/28/2008 |
| Original: | 05/28/2008 |
| Sale: | |
| COE: | |
| Expires: | 11/01/2010 |
| OffMarket: | |

### Showing Information
| | |
|---|---|
| Occupant: | -- |
| Occupied By: | Owner |
| Phone: | -- |
| Owner: | Blake & Elsie McDonald |
| Add'l Owner: | -- |
| Instructions: | 24-Hour Notice Required, Appointment Only |

### Open House Info
No open house available

### Pricing
| | |
|---|---|
| List: | $3,500,000 |
| Original: | $3,800,000 |
| Sale: | -- |

### Schools/Districts
| | |
|---|---|
| Elem: | --/ Monterey Peninsula Unified |
| Middle: | -- |
| High: | --/ Monterey Peninsula Unified |

### Map
| | | | |
|---|---|---|---|
| X-street: | Miramonte Road | | |
| Barclay: | Pg: -- | Hz: -- | Vt: -- |
| Thomas | Pg: 1175 | Grid: F1 | |
| Directions: | -- | | |

### Listing Agent/Office Information
Craig D. Anapol
(DRE#01332398)
Alain Pinel Realtors
| | |
|---|---|
| Pref-Phone: | 831-620-6139 |
| Agent Fax: | -- |
| Office Phone: | 831-622-1040 |
| Office Fax: | 831-622-1050 |
| Email: | nycarmel@gmail.com |

### Property Features
| Type | Other Rooms | Amenities | Lot Description | Garage/Parking |
|---|---|---|---|---|
| Detached Single Family | Recreation Room | 220 Volts in Kitchen | Level Lot | 2 Car Garage |
| | Utility Room | 220 Volts in Laundry Area | | Electric Door or Gate Opener |
| **Stories** | Workshop | | **Water** | |
| 2 Stories | | **Listing Includes** | City/Public Water | **Exterior** |
| | **Other Areas** | 1 Dishwasher | | Brick Exterior |
| **Familyroom** | Laundry Area - Inside | 1 Refrigerator | **Sewer Or Septic** | |
| No Family Room | Pantry | Built-In Oven | Septic | **Style** |
| **Informal Dining Area** | **Fireplace** | Disposal | **Earthquake Fault Zone** | Ranch |
| Eat in Kitchen | Fireplace | Microwave Oven | Fault Zone-See Report | |

** Information contained on this report is designed for accuracy but is not guaranteed **

Case: 07-53443  Doc# 132-4  Filed: 10/14/10  Entered: 10/14/10 10:09:30  Page 18 of 20

| | | | | |
|---|---|---|---|---|
| **Borrower/Client** | Blake Mcdonald | | | |
| **Property Address** | 47 Encina Drive | | | |
| **City** Carmel Valley | | **County** Monterey | **State** CA | **Zip Code** 93924 |
| **Lender** USRES | | | USRES | |

**Formal Dining Area**
No Formal Dining Area

**Bedroom Descriptions**
--

**Shower And Tub**
1 Shower over Tub

**Bathroom Features**
Tub with Jets

**Shower**
2 or More Stall Showers

**Tub**
1 Tub

**Spa/Sauna**
--

**Fireplace Location**
Fireplace in Other Location
Fireplace in Living Room

**Fireplace Description**
Gas Starter in Fireplace

**Floor Covering(s)**
Area Carpeting
Linoleum or Vinyl

**Energy Features**
--

**Insulation**
--

**Foundation**
Concrete Perimeter

**Freezer**
Cooktop Range

**Cooling**
No Cooling

**Heating**
Central Forced Air Heat

**Special Features**
--

**Homeowner's Protection Plan**
--

**Flood Area**
Flood Zone-See Report

**View**
View of Mountains
Valley View

**Horse Property**
Possible

**Horse Property Description**
--

**Roof**
Tar and Gravel Roof
Tile Roof

**Yards/Grounds**
Dog Run/Kennel
Greenhouse
Horse(s) Permitted
Patio
Sprinklers - Front
Sprinklers - Rear

**Has Pool**
No Pool

**Pool Description**
--

**Pool Options**
--

**Financial & Supporting Information:**

**Cash to Assumable Loans:**

**Monthly Payment:**

**Current Taxes:**

**Current Rent:**

**City Transfer Tax:**
N

**New Terms:**
All Cash or Conventional

**Disclosures Link:**

**Disclosures Username:**

**Disclosures Password:**

**Existing Loan:**

**Second Loan:**

**Third Loan:**

**Listing Agreement Scope:**

**Listing Agreement Type:**
Exclusive Right to Sell(ER)

**Total Loans:**

**Possession:**

**Association Fee:**

**Additional Listing Info:**
Not Applicable / Not Disclosed

**Commission Type:**
Standard

**Documents:**
Preliminary Title Report
**Special Information:**
Call L/A Before Writing Deposit

**Tax Records:**

**Data Source:**
First American Real Estate Solutions (FARES)
**Owner Of Record:**
THOMAN, LESLIE
**Mailing Address:**
0 N/AVAIL -

**Year Built:** 1974
**Approx Sq Ft:** 1,898
**Percent Improved:** 77%
**Assessed Value:** $329,622

**Actual Lot Size:** 217,800
**Deed Number:** --
**Zoning:** RR
**Tax Rate Area:** 60171

**Property Use Code:** 163
**Census Tract:** 0116003002
**Transfer Value:** $904,982
**Tax Amount:** $3,471.00

**Listing History:**

| MLS ID | Change Date | Status | COE Date | Exp Date | List Office/Sale Office | List Price/Sale Price |
|---|---|---|---|---|---|---|
| 80811398 | 03/31/2010 | Active | | 11/01/2010 | Alain Pinel Realtors (APR.9) | $3,500,000 |
| 80811398 | 09/29/2009 | Active | | 04/01/2010 | Alain Pinel Realtors (APR.9) | $3,500,000 |
| 80811398 | 05/28/2009 | Active | | 10/01/2009 | Alain Pinel Realtors (APR.9) | $3,500,000 |
| 80811398 | 12/30/2008 | Active | | 06/01/2009 | Alain Pinel Realtors (APR.9) | $3,500,000 |
| 80811398 | 10/26/2008 | Active | | 12/31/2008 | Alain Pinel Realtors (APR.9) | $3,500,000 |
| 80811398 | 08/31/2008 | Active | | 12/31/2008 | Alain Pinel Realtors (APR.9) | $3,800,000 |
| 80811398 | 05/28/2008 | Active | | 09/01/2008 | Alain Pinel Realtors (APR.9) | $3,800,000 |

**Images:**

\*\* Information contained on this report is designed for accuracy but is not guaranteed \*\*

This document was generated on: 9/24/2010 3:34:25 PM