Blake McDonald
Elsie McDonald
47 Encina Drive
Carmel Valley CA 93924
831-659-3568



FILED

OCT 2 9 2010

CLERK
United States Bankruptcy Court
San Jose, California

Debtors

Case No. 07-53443-ASW
Chapter 11
NOTICE OF MOTION FOR RELIEF
FROM AUTOMATIC STAY

I, Blake McDonald are the debtor apologize for my inability to present this in the correct format, but have been unable to obtain council short of a large retaining fee which was in excess of our financial abilities.

I oppose this Motion in the regards to the Fair Market Value of our property. The appraisal was done in a drive by manner and the appraiser used low end properties as comparable sales. This is could be understandable since the enclosed 6 months Carmel Valley Sales show there is no market for high end properties like 47 Encina Drive property. The listing information is basically correct and the home is 4,500 ft with a 1,500 ft down stairs with a 480ft an attached garage and this sits on 5 level acres We bought the land in 1971 and built the home in 1973 / 74 at a cost approximately 3/4s of the appraiser's valuation of $975,000. Even though property values have tanked, our home was previously valued around 4 million dollars. The enclosed information on the Evens Hill Vineyard is an indication of the cost for land and it's location to the McDonald property. The Miramonte are of Carmel Valley is akin to Pebble Beach in homes and while our address is Encina Drive, the property fronts on Miramonte Rd. Included are four photos within ½ mile of our home where # 1 is directly across our driveway on Encina Drive while # 2 is a under construction and is a 10,000 sq foot home. There are many more, but are screened by shrubbery.

Our financial problems stem from my attempts in bringing a public safety asset tracking database for volunteer information sharing to market. While the need existed, the demand did not until June of this year when the Governor launched his Disaster Corps. This was designed to bring volunteers into the State's Mutual Aid Project and 8 days ago the State released the Public Safety Communications Strategic Plan. According to sources, there is nothing like TeleStatus at this time and the Disaster Corps were designed to standardize and coordinate volunteers statewide. There are currently 14 public safety wireless communication networks statewide and TeleStatus has applications as an information supplement for volunteer communications with some of the networks

It's obvious there is not a lack of equity as claimed by the plaintiffs and granting it would be devastating to my wife's and my financial future. The current economic picture is the reason for the dearth of top end homes nation wide. Economic instability caused by political fiscal irresponsibility where the upcoming election could bring some needed stability. TeleStatus also finally appears to be going some place and as an information supplement could be an M&A solution for our financial difficulties. I personally own the copyrighted source code so there should be no obstacles here. I also realize the chapter 11 has dragged out for far to long, but believe a solution could be at hand.

I would appreciate delaying the Release From Stay in order to determine if property values will stabilize and whether or not TeleStatus would be a fit for the new public safety projects.

Sincerely

*[signature]*

Blake McDonald
47 Encina Drive
Carmel Valley, CA 93924
831-659-3568

Subj: **Carmel Valley Sales last 6 months**
Date: 10/27/2010 3:08:28 P.M. Pacific Daylight Time
From: nycarmel@gmail.com
To: mcd5440@aol.com

---------- Forwarded message ----------
From: **Craig D. Anapol** <email@email.mlslistings.com>
Date: Wed, Oct 27, 2010 at 6:04 PM
Subject: Carmel Valley Sales last 6 months
To: nycarmel@gmail.com
Cc: nycarmel@gmail.com

DOM = days on market

| Street Address | List Price | Beds | Baths (F\|P) | Bldg SqFt | Lot Size Range | Age | City | Class | Status | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 ALTA MADERA | $7,950,000 | 4 | 4\|1 | 9,600 SqFt | 12 | 1 | Carmel Valley | 1 | | 8 |
| 18 TOUCHE PS | $4,995,000 | 5 | 4\|1 | 6,466 SqFt | 16 | 5 | Carmel Valley | 1 | | 8 |
| 15 SLEEPY HOLLOW DR | $2,395,000 | 6 | 6\|1 | 3,978 SqFt | 12 | 24 | Carmel Valley | 1 | | 8 |
| 25535 VIA MARIQUITA | $2,395,000 | 3 | 3\|0 | 3,400 SqFt | 12 | 32 | Carmel Valley | 1 | | 8 |
| 38301 E CARMEL VALLEY RD | $1,895,000 | 7 | 5\|1 | 4,800 SqFt | 16 | 45 | Carmel Valley | 1 | | 8 |
| 23 PRONGHORN RN | $1,895,000 | | | | 15 | | Carmel Valley | 5 | | 8 |
| 21 SLEEPY HOLLOW DR | $1,809,900 | 8 | 9\|3 | 16,323 SqFt | 12 | 26 | Carmel Valley | 1 | | 8 |
| 49 E GARZAS RD | $1,575,000 | 3 | 3\|1 | 2,053 SqFt | 9 | 45 | Carmel Valley | 1 | | 8 |
| 76 RANCHO RD | $1,495,000 | 4 | 3\|1 | 3,108 SqFt | 9 | 14 | Carmel Valley | 1 | | 8 |
| 42 ASOLEADO DR | $1,298,000 | 4 | 4\|0 | 4,225 SqFt | 12 | 18 | Carmel Valley | 1 | | 8 |
| 33 BORONDA RD | $1,295,000 | 3 | 2\|1 | 3,015 SqFt | 9 | 52 | Carmel Valley | 1 | | 8 |
| 10715 LOCUST CT | $1,245,000 | 3 | 2\|1 | 3,314 SqFt | 3 | 12 | Carmel Valley | 1 | | 8 |
| 93 RANCHO RD | $1,175,000 | 4 | 3\|1 | 2,700 SqFt | 7 | 49 | Carmel Valley | 1 | | 8 |
| 10475 FAIRWAY LN | $1,165,000 | 3 | 2\|1 | 2,740 SqFt | 2 | 13 | Carmel Valley | 1 | | 8 |
| 100 UPPER CIRCLE | $1,045,000 | 3 | 2\|0 | 2,674 SqFt | 9 | 1 | Carmel Valley | 1 | | 8 |
| 10629 HILLSIDE LN | $975,000 | 3 | 3\|1 | 2,209 SqFt | 1 | 13 | Carmel Valley | 1 | | 8 |
| 8022 RIVER PL | $950,000 | 3 | 2\|0 | 2,043 SqFt | 4 | 32 | Carmel Valley | 1 | | 8 |
| 1 PHELPS WY | $900,000 | 7 | 5\|0 | 3,660 SqFt | 7 | 53 | Carmel Valley | 1 | | 8 |
| 208 VISTA VERDE | $899,900 | 5 | 4\|0 | 3,500 SqFt | 9 | 43 | Carmel Valley | 1 | | 8 |
| 28065 HERON CT | $895,000 | 3 | 3\|1 | 2,359 SqFt | 7 | 29 | Carmel Valley | 2 | | 8 |
| 9642 POPLAR CT | $869,000 | 3 | 3\|0 | 2,416 SqFt | 2 | 29 | Carmel Valley | 2 | | 8 |
| 13280 MIDDLE CANYON RD | $865,000 | 3 | 2\|1 | 3,105 SqFt | 11 | 28 | Carmel Valley | 1 | | 8 |
| 25400 VIA CICINDELA | $849,000 | 3 | 2\|0 | 2,728 SqFt | 7 | 36 | Carmel Valley | 1 | | 8 |
| 10427 FAIRWAY LN | $845,000 | 3 | 3\|1 | 2,209 SqFt | 1 | 13 | Carmel Valley | 1 | | 8 |
| 25881 ELINORE PL | $835,000 | 3 | 2\|0 | 1,995 SqFt | 7 | 32 | Carmel Valley | 1 | | 8 |

| Address | Price | Bd | Ba | SqFt | Col7 | Col8 | Area | Col10 | Col11 | MLS# | DOM | List | Sold | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27435 LOMA DEL REY | $819,000 | 2 | 2\|0 | 1,396 SqFt | 9 | 36 | Carmel Valley | 1 |  | 81019545 | 8 | $819,000 | $761,000 | 4/27/2010 |
| 12 ALISO RD | $800,000 | 3 | 2\|1 | 1,145 SqFt | 7 | 49 | Carmel Valley | 1 |  | 81036015 | 20 | $800,000 | $725,000 | 8/10/2010 |
| 137 LAUREL DR | $799,700 | 3 | 2\|0 | 2,211 SqFt | 9 | 45 | Carmel Valley | 1 |  | 81008235 | 137 | $1,475,000 | $875,000 | 7/9/2010 |
| 25445 TELARANA WY | $799,000 | 3 | 2\|0 | 1,472 SqFt | 9 | 41 | Carmel Valley | 1 |  | 81024525 | 50 | $799,000 | $696,000 | 7/7/2010 |
| 28100 ROBINSON CANYON RD | $799,000 | 2 | 2\|0 | 1,649 SqFt | 6 | 53 | Carmel Valley | 1 |  | 80909302 | 521 | $1,195,000 | $755,000 | 7/29/2010 |
| 28087 BARN WY | $795,000 | 3 | 3\|1 | 2,666 SqFt | 1 | 29 | Carmel Valley | 2 |  | 81014606 | 129 | $925,000 | $750,000 | 8/2/2010 |
| 9541 MAPLE CT | $775,000 | 3 | 3\|1 | 2,300 SqFt | 1 | 29 | Carmel Valley | 2 |  | 80922138 | 364 | $975,000 | $745,000 | 5/4/2010 |
| 9667 WILLOW CT | $749,000 | 3 | 3\|1 | 2,481 SqFt | 1 | 29 | Carmel Valley | 2 |  | 81012665 | 114 | $799,000 | $716,500 | 7/9/2010 |
| 28082 BARN WY | $725,000 | 2 | 3\|1 | 2,412 SqFt | 1 | 29 | Carmel Valley | 2 |  | 81040897 | 243 | $750,000 | $720,000 | 9/11/2010 |
| 9683 SYCAMORE CT | $699,000 | 3 | 3\|1 | 2,300 SqFt | 1 | 29 | Carmel Valley | 2 |  | 80921419 | 511 | $1,099,000 | $550,000 | 9/24/2010 |
| 110 FORD RD | $690,000 | 4 | 2\|0 | 2,280 SqFt | 9 | 32 | Carmel Valley | 1 |  | 81042374 | 8 | $690,000 | $712,000 | 9/2/2010 |
| 190 CHAPARRAL RD | $675,000 | 3 | 2\|0 | 2,071 SqFt | 9 | 42 | Carmel Valley | 1 |  | 81023531 | 9 | $675,000 | $675,000 | 5/19/2010 |
| 7944 CARMEL VALLEY RD | $659,000 | 3 | 2\|0 | 1,550 SqFt | 9 | 62 | Carmel Valley | 1 |  | 81025946 | 1 | $659,000 | $650,000 | 5/26/2010 |
| 0 PIEDRAS BLANCAS | $649,900 | 4 | 2\|0 | 2,064 SqFt | 7 | 37 | Carmel Valley | 1 |  | 80944961 | 308 | $735,000 | $590,000 | 5/23/2010 |
| 26201 JEANETTE RD | $649,900 | 1 | 1\|0 | 0 SqFt | 12 | 18 | Carmel Valley | 1 |  | 81005924 | 136 | $850,000 | $595,000 | 6/25/2010 |
| 11717 CAMINO ESCONDIDO | $649,000 |  |  |  | 12 |  | Carmel Valley | 5 |  | 81010413 | 96 | $649,000 | $500,000 | 6/9/2010 |
| 121 EL HEMMORRO | $618,400 | 3 | 2\|0 | 2,222 SqFt | 6 | 43 | Carmel Valley | 1 |  | 80935036 | 394 | $745,000 | $520,000 | 8/18/2010 |
| 28005 MERCURIO RD | $599,900 | 3 | 3\|0 | 2,716 SqFt | 7 | 26 | Carmel Valley | 1 |  | 81025262 | 421 | $749,900 | $560,000 | 9/7/2010 |
| 172 DEL MESA CARMEL | $599,000 | 2 | 2\|0 | 1,469 SqFt | 1 | 42 | Carmel Valley | 2 |  | 80947173 | 234 | $650,000 | $539,000 | 5/24/2010 |
| 119 WHITE OAKS LN | $559,000 | 2 | 2\|0 | 1,972 SqFt | 1 | 28 | Carmel Valley | 2 |  | 80946543 | 266 | $689,000 | $530,000 | 6/22/2010 |
| 18 ASOLEADO DR | $524,900 | 3 | 2\|0 | 1,408 SqFt | 12 | 8 | Carmel Valley | 1 |  | 81028918 | 74 | $575,000 | $528,000 | 8/23/2010 |
| 233 DEL MESA CARMEL | $519,000 | 2 | 2\|0 | 1,469 SqFt | 1 | 42 | Carmel Valley | 2 |  | 81022674 | 60 | $529,000 | $490,000 | 7/6/2010 |
| 130 DEL MESA CARMEL | $519,000 | 2 | 2\|0 | 1,469 SqFt | 1 | 42 | Carmel Valley | 2 |  | 81027545 | 18 | $519,000 | $509,000 | 6/21/2010 |
| 121 HITCHCOCK CN | $504,900 | 5 | 4\|0 | 2,949 SqFt | 11 | 30 | Carmel Valley | 1 |  | 80958220 | 216 | $693,405 | $488,000 | 5/6/2010 |
| 302 CALLE DE LOS AGRINEMSORS | $499,000 | 2 | 2\|0 | 1,491 SqFt | 9 | 34 | Carmel Valley | 1 |  | 81012166 | 46 | $549,000 | $475,000 | 4/30/2010 |
| 65 SOUTHBANK RD | $499,000 | 3 | 2\|0 | 1,432 SqFt | 6 | 53 | Carmel Valley | 1 |  | 81008566 | 73 | $525,000 | $465,000 | 5/8/2010 |
| 19 WAWONA RD | $499,000 | 3 | 2\|1 | 1,810 SqFt | 3 | 36 | Carmel Valley | 1 |  | 81032363 | 8 | $499,000 | $475,000 | 7/8/2010 |
| 90 DEL MESA CARMEL #90 | $499,000 | 2 | 2\|0 | 1,317 SqFt | 1 | 42 | Carmel Valley | 2 |  | 80953070 | 304 | $650,000 | $400,000 | 9/10/2010 |
| 117 DEL MESA CARMEL | $499,000 | 2 | 2\|0 | 1,480 SqFt | 1 | 42 | Carmel Valley | 2 |  | 81026246 | 133 | $529,500 | $470,000 | 7/29/2010 |
| 115 DEL MESA CARMEL | $495,000 | 2 | 2\|0 | 1,543 SqFt | 1 | 42 | Carmel Valley | 2 |  | 81001951 | 186 | $599,000 | $425,000 | 7/19/2010 |
| 112 WHITE OAKS LN | $490,000 | 2 | 2\|0 | 1,890 SqFt | 1 | 28 | Carmel Valley | 2 |  | 81018520 | 263 | $560,000 | $470,000 | 8/11/2010 |

Wednesday, October 27, 2010 AOL: MCD5440

| Address | Price | Bd | Ba | Size | ? | Days | City | ? | MLS# | ? | List Price | Sold Price | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 621 COUNTRY CLUB HT | $475,000 | 4 | 2\|0 | 2,079 SqFt | 9 | 49 | Carmel Valley | 1 | 80814941 | 756 | $869,000 | $475,000 | 7/8/2010 |
| 3 PASO HONDO RD | $474,300 | 4 | 3\|0 | 1,900 SqFt | 6 | 86 | Carmel Valley | 1 | 81023076 | 65 | $474,300 | $400,000 | 7/14/2010 |
| 78 PASO HONDO RD | $450,000 | 2 | 2\|0 | 900 SqFt | 7 | 51 | Carmel Valley | 1 | 81019097 | 31 | $450,000 | $400,000 | 5/20/2010 |
| 37 EL POTRERO | $435,000 | 3 | 2\|1 | 2,180 SqFt | 6 | 21 | Carmel Valley | 1 | 81030202 | 95 | $499,000 | $460,000 | 6/28/2010 |
| 56 DEL MESA CARMEL | $435,000 | 2 | 2\|0 | 1,400 SqFt |  | 42 | Carmel Valley | 2 | 80912257 | 444 | $599,000 | $372,500 | 5/28/2010 |
| 171 DEL MESA CARMEL | $395,000 | 2 | 2\|0 | 1,317 SqFt |  | 42 | Carmel Valley | 2 | 80922745 | 509 | $554,000 | $375,000 | 9/29/2010 |
| 285 HACIENDA CARMEL | $384,500 | 2 | 2\|0 | 1,300 SqFt | 1 | 46 | Carmel Valley | 2 | 81012347 | 64 | $384,500 | $380,000 | 5/17/2010 |
| 137 E CARMEL VALLEY RD #4 | $377,400 | 2 | 2\|0 | 1,472 SqFt | 3 | 34 | Carmel Valley | 1 | 81038889 | 7 | $377,400 | $477,500 | 8/12/2010 |
| 0 Calle de la Ventana | $375,000 | 2 | 1\|0 | 1,125 SqFt | 4 | 76 | Carmel Valley | 1 | 81037807 | 0 | $375,000 | $375,000 | 7/30/2010 |
| 390 EL CAMINITO RD | $363,900 | 2 | 1\|1 | 968 SqFt | 9 | 33 | Carmel Valley | 1 | 81026638 | 40 | $363,900 | $363,900 | 7/7/2010 |
| 30 CAMINO DE TRAVESIA | $350,000 | 3 | 2\|0 | 1,245 SqFt | 6 | 60 | Carmel Valley | 1 | 81028013 | 30 | $350,000 | $349,500 | 7/6/2010 |
| 65 PASO HONDO RD | $329,900 | 2 | 1\|0 | 806 SqFt | 3 | 59 | Carmel Valley | 1 | 81039948 | 22 | $329,900 | $329,000 | 9/1/2010 |
| 31 PASO CRESTA RD | $329,000 | 2 | 1\|1 | 896 SqFt | 4 | 82 | Carmel Valley | 1 | 81018695 | 152 | $360,000 | $275,000 | 9/15/2010 |
| 123 HACIENDA CARMEL | $297,000 | 2 | 2\|0 | 910 SqFt | 4 | 46 | Carmel Valley | 2 | 81027787 | 88 | $297,000 | $280,000 | 8/31/2010 |
| 64 HACIENDA CARMEL | $294,000 | 2 | 2\|0 | 948 SqFt |  | 46 | Carmel Valley | 2 | 80947780 | 237 | $257,000 | $276,000 | 5/31/2010 |
| 200 HACIENDA CARMEL | $269,000 | 2 | 2\|0 | 948 SqFt | 1 | 46 | Carmel Valley | 2 | 81016365 | 134 | $289,000 | $260,000 | 8/17/2010 |
| 90 HACIENDA CARMEL | $265,000 | 2 | 2\|0 | 950 SqFt | 1 | 46 | Carmel Valley | 2 | 81028425 | 49 | $285,000 | $260,000 | 7/27/2010 |
| 92 HACIENDA CARMEL | $219,500 | 2 | 1\|0 | 950 SqFt | 1 | 46 | Carmel Valley | 2 | 81015852 | 132 | $295,000 | $210,000 | 8/12/2010 |
| 252 HACIENDA CARMEL | $210,000 | 1 | 1\|0 | 655 SqFt | 1 | 46 | Carmel Valley | 2 | 81026365 | 1 | $210,000 | $208,000 | 5/28/2010 |
| 57 HACIENDA CARMEL | $199,000 | 1 | 1\|0 | 655 SqFt |  | 46 | Carmel Valley | 2 | 80911915 | 594 | $259,000 | $180,000 | 6/20/2010 |
| 39 HACIENDA CARMEL | $194,000 | 1 | 1\|0 | 655 SqFt | 1 | 46 | Carmel Valley | 2 | 81034496 | 63 | $199,000 | $180,000 | 9/13/2010 |
| 291 HACIENDA CARMEL | $189,000 | Studio | 1\|0 | 515 SqFt | 1 | 46 | Carmel Valley | 2 | 81014350 | 41 | $189,000 | $185,000 | 5/5/2010 |
| 281 HACIENDA CARMEL | $185,000 | Studio | 1\|0 | 546 SqFt | 1 | 46 | Carmel Valley | 2 | 80954150 | 168 | $215,000 | $185,000 | 5/5/2010 |

Information contained on this report is designed for accuracy but is not guaranteed.

--
Craig D. Anapol
Alain Pinel Realtors - Carmel, CA
CA DRE license 01332398

917.297.9750






Evens Hill Vineyard
2.5 Acre
Reduced
To
$895,000.

5 Level Acres — 5,000 Sq Foot House
+ 484 sf Detached Garage

# Evans Hill Vineyard...



Evans Hill, a unique and beautiful vineyard property with a perfect building site amongst the vines. Positioned in Miramonte, the most sought after acreage in Carmel Valley, this 2.5 acre gentle sloping parcel is planted with mature Chardonnay vines. Long considered to be Carmel Valley's finest area, Miramonte is perfectly located to be convenient to Carmel, Pebble Beach and the attractions of the Monterey Peninsula while taking advantage of a perfect climate of sun and moderate temperatures. This wonderful homesite enjoys expansive southern views of Garland Park and The Santa Lucia Mountains. The parcel has an approved well with two 5000 gallon tanks, which can accommodate even the largest of residences. Create the home of your dreams in the midst of Miramonte's classic estates. Offered at $1,495,000

**DAVE HOWARTH 831.622.4854**  carmelvalleyranchhomes.com  **SKIP CRIST 831.625.6203**

THE MITCHELL GROUP REAL ESTATE