```
 1  CHRISTOPHER M. MCDERMOTT (CA SBN 253621)
    STEFANIE A. SCHIFF (CA SBN 265382)
 2  TRAVIS J. LILLIE (CA SBN 267339)
    PITE DUNCAN LLP
 3  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 4  San Diego, CA 92177-0933
    Telephone: (858) 750-7600
 5  Facsimile:  (619) 590-1385
```

IT IS SO ORDERED.
Signed November 12, 2010



Arthur S. Weissbrodt
U.S. Bankruptcy Judge



_____

Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SUCCESSOR-IN-INTEREST TO WASHINGTON MUTUAL BANK, F/K/A WASHINGTON MUTUAL BANK, FA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>BLAKE HURLEY MCDONALD AND ELSIE BOTILDA MCDONALD,<br><br><br><br><br><br><br><br>Debtor(s). | Case No. 07-53443-ASW<br><br>Chapter 11<br><br>R.S. No. TJL-330<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:   November 3, 2010<br>TIME:   2:15 PM<br>CTRM:   3020<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on November 3, 2010, at 2:15 PM, in Courtroom 3020, upon the Motion of JPMorgan Chase Bank, National Association, as Successor-in-Interest to Washington Mutual Bank, f/k/a Washington Mutual Bank, FA ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Blake Hurley McDonald and Elsie Botilda McDonald ("Debtors") commonly known as 47 Encina Drive, Carmel Valley, California 93924 (the "Real Property"), which is legally described as follows:

Parcel B, as shown on the map filed February 28, 1972 in the Office of the County Recorder of the County Recorder of the County of Monterey, State of California, in Volume 10 of Surveys, at Page 82.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362 is modified to allow Movant to send out a 30-day notice of acceleration of the loan, if necessary, and to record its Notice of Default against the Real Property; and

2. In the event that Debtors are not post-petition current with payments to Movant at the expiration of ninety (90) days under the Notice of Default, Movant may restore its Motion for Relief From Automatic Stay to the Court's calendar on ten (10) days' written notice to Debtor and Debtor's counsel.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Blake Hurley McDonald
Elsie Botilda McDonald
47 Encina Drive
Carmel Valley, CA 93924

U.S. Trustee
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA 50702

Monterey Credit Union
PO Box 3288
Monterey, CA 93942-3288

Bank of America Visa
P.O. Box 15026
Wilmington, DE 19850-5026

Aircrafters LLC
140 Aviation Way
Watsonville, CA 95076

DFS Acceptance
PO Box 5295
Carol Stream, IL 60197-5292

Neill Engineers Corp.
Mission and Fifth Box LL
Carmel, CA 93921

Soil Survey, Inc.
103 Church Street
Salinas, CA 93924